# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I.(a) PLAINTIFFS
CAROL SMITH and ALBERT SMITH, her husband

## DEFENDANT
PFIZER INC.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** LINCOLN, WV
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACK OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
GEORGE A. DAUGHERTY, ESQUIRE
DAUGHERTY LAW OFFICES
22 REYNOLDS AVENUE
ELKVIEW, WV 25071
Ph: (304) 965-3554      Facsimile: (304) 965-0980

**ATTORNEYS (IF KNOWN)**
MICHAEL J. FARRELL, TAMELA J. WHITE, ERIK W. LEGG & NEISHA E. BROWN
FARRELL, FARRELL & FARRELL, PLLC
P.O. BOX 6457,
HUNTINGTON, WV 25772-6457,
COUNSEL FOR PFIZER INC.
Ph: (304) 522-9100      Facsimile: (304) 522-9162

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
[X] 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FOREFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐110 Insurance | ☐310 Airplane | ☐362 Personal Injury — Medical Malpractice | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐315 Airplane Product Liability | [X] 365 Personal Injury -- Product Liability | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐330 Federal Employers Liability | | ☐630 Liquor Laws | ☐820 Copyrights | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐340 Marine | **PERSONAL PROPERTY** | ☐640 R.R. & Truck | ☐830 Patent | ☐460 Deportation |
| ☐151 Medicare Act | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐650 Airline Regs. | ☐840 Trademark | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | ☐690 Other | ☐861 HIA (1395ff) | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders' Suits | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | | ☐862 Black Lung (923) | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | | | | ☐863 DIWC/DIWW (405(g)) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | | | ☐864 SSID Title XVI | ☐892 Economic Stabilization Act |
| | | | | ☐865 RSI (405(g)) | ☐893 Environmental Matters |
| | | | | | ☐894 Energy Allocation Act |
| | | | | | ☐895 Freedom of Information Act |
| | | | | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | ☐950 Constitutionality of State Statutes |
| | | | | | ☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐710 Fair Labor Standards Act | ☐870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐220 Foreclosure | ☐442 Employment | **HABEAS CORPUS:** | ☐720 Labor/Mgmt. Relations | ☐871 IRS — Third Party 26 USC 7609 | |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | ☐730 Labor/Mgmt. Reporting & Disclosure Act | | |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | ☐740 Railway Labor Act | | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | ☐790 Other Labor Litigation | | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | ☐791 Empl. Ret. Inc. Security Act | | |
| | | ☐555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(cite U.S. civil statute under which you are filing and write brief statement of cause — DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C. §1332 and 1441

## VII. REQUESTED IN COMPLAINT:
Check if this is a UNDER F.R.C.P.23
DEMAND $ Unspecified
CHECK YES only if demanded in complaint:
JURY DEMAND: YES [X]   No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE: Breyer (N.D. Cal)      DOCKET NUMBER: MDL 1699

DATE May 24, 2007      SIGNATURE OF ATTORNEY OF RECORD /s/ (signature)      (WV BAR #9289)

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____