CLOSED

# United States District Court
## Southern District of West Virginia (Charleston)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00339

Smith v. Pfizer, Inc.
Assigned to: Judge Joseph R. Goodwin
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/24/2007
Date Terminated: 07/09/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

E-filing

C 07 3590

CRB

**Plaintiff**

**Carol Smith**
*and*

represented by **George A. Daugherty**
DAUGHERTY LAW OFFICES
22 Reynolds Avenue
Elkview, WV 25071
304/965-3554
Fax: 965-0980
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Smith**
*her husband*

represented by **George A. Daugherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**
*a New York corporation d/b/a in the State of West Virginia*

represented by **Erik W. Legg**
FARRELL FARRELL & FARRELL
P. O. Box 6457
Huntington, WV 25772-6457
304/522-9100
Fax: 522-9162
Email: EWL@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farrell**
FARRELL FARRELL & FARRELL
P. O. Box 6457
Huntington, WV 25772-6457
304/522-9100
Fax: 304/522-9162

Email: mjf@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neisha E. Brown**
FARRELL FARRELL & FARRELL
P. O. Box 6457
Huntington, WV 25772-6457
304/522-9100
Fax: 522-9162
Email: neb@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamela J. White**
FARRELL FARRELL & FARRELL
P. O. Box 6457
Huntington, WV 25772-6457
304/522-9100
Fax: 522-9162
Email: tjw@farrell3.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | NOTICE OF REMOVAL by Pfizer, Inc., with summons and complaint, return of service, and docket sheet from the Circuit Court of Kanawha County. Filing Fee $350.00. Receipt #535945. (Attachments: # 1 Civil Cover Sheet) (ras) |
| 05/24/2007 | | CASE assigned to Judge Joseph R. Goodwin. (ras) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | NOTICE by Pfizer, Inc. of *Proof of Notice* (Attachments: # 1 Exhibit 1 - Notice filed with state court)(Brown, Neisha) (Modified text on 5/29/2007) rap |
| 05/29/2007 | 3 | ANSWER TO COMPLAINT with Jury Demand by Pfizer, Inc..(Brown, Neisha) |
| 05/29/2007 | 4 | MOTION by Pfizer, Inc. to Stay Pending MDL Transfer (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) C# 4 Exhibit(s) D# 5 Exhibit(s) E)(Brown, Neisha) |
| 05/29/2007 | 5 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Pfizer, Inc. (Brown, Neisha) |
| 06/18/2007 | 6 | ORDER granting defendant's 4 MOTION to Stay Pending MDL Transfer. Signed by Judge Joseph R. Goodwin on 6/18/2007. (cc: attys; any unrepresented party) (tmr) |
| 07/09/2007 | 7 | LETTER to Clerk, USDC/NDCA, from Clerk, Judicial Panel on |

| | | |
|---|---|---|
| | | Multidistrict Litigation, dated 7/5/2007, re: transmitting copy of Conditional Transfer Order and advising that the 15-day period to oppose transfer has elapsed. (taq) |
| 07/09/2007 | 8 | LETTER to Clerk, USDC/SDWV, from Clerk, USDC/NDCA dated 7/6/2007, re: transfer of this case to the USDC/NDCA for inclusion in the MDL Litigation which is consolidated under Docket No. 1699, and requesting the original record and a certified copy of the docket entries. (mkw) |
| 07/09/2007 | 9 | CONDITIONAL TRANSFER ORDER, JUDICIAL PANEL ON MDL: certified copy from USDC/NDCA transferring this case to the USDC/NDCA for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407. (cc: attys) (mkw) |
| 07/09/2007 | | THIS CIVIL ACTION HAS BEEN TRANSFERRED TO THE USDC/NORTHERN DISTRICT OF CALIFORNIA FOR CONSOLIDATION IN THE MDL LITIGATION CASES. (mkw) |
| 07/10/2007 | 10 | LETTER to USDC/NDCA from USDC/SDWV dated 7/10/2007 re: advising that CTO 73 has been docketed in our court. (ras) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/10/2007 16:39:22 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-00339 |
| Billable Pages: | 1 | Cost: | 0.08 |