1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | CASE NO. MDL No. 1699 [PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE |
| This Document Relates to: | ) ) | |
| Beckett, Nettie J. | 07-5303 CRB | |
| Collins, Hugh R. | 06-0098 CRB | PTO 31 COMPLIANCE MOTION NO. 1 |
| ~~Duhon, Larry J., Sr.~~ | 06-0469 CRB | |
| Eskind, Edward George | 07-1588 CRB | |
| ~~Fisher, Randy~~ | 06-2103 CRB | |
| Fredette, Audrey Jean | 06-5046 CRB | Date: March 20, 2009 |
| ~~Iverson, Randall~~ | 07-0628 CRB | Time: 10:00 a.m. |
| Layton, Santos V. | 05-5386 CRB | Judge: Hon. Charles R. Breyer |
| Lout, Derald | 06-6780 CRB | |
| Magee, Bettye | 06-0159 CRB | |
| Mathews, Hugh E. | 06-2868 CRB | |
| Naber, Kerri R. | 06-7897 CRB | |
| Puri, Pratap | 06-3812 CRB | |
| Rintz, Maureen | 06-6056 CRB | |
| ~~Rutledge, Mark H.~~ | 06-6258 CRB | |
| Sartain, Emma | 06-2618 CRB | |
| ~~Smith, Barbara Ann~~ | 08-4282 CRB | |
| Smith, Bobby J. | 06-0731 CRB | |
| Smith, Carol A. | 07-3590 CRB | |
| Starr, Mary Ellen | 05-4747 CRB | |
| Strickland, Trixy C. | 06-7396 CRB | |
| Turns, Sharon M. | 06-4677 CRB | |
| Van Horn, William | 06-3811 CRB | |
| Vasquez, Carlotta G. | 07-1315 CRB | |
| ~~Whitaker, Brenda~~ | 07-0586 CRB | |
| ~~Yuspeh, Wayne W.~~ | 06-6257 CRB | |

-1-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE – M:05-CV-01699-CRB

1   THIS MATTER having come before the Court on the Pfizer Defendants' Expedited
2   Motion to Dismiss Plaintiffs' Claims with Prejudice; the parties having received due notice and
3   having had the opportunity to be heard; and this Court having considered all submissions made
4   in support of and in opposition to the motion, finds as follows:

5   Plaintiffs listed in the caption to this Order have failed to comply with Pretrial Order
6   No. 31 ("PTO 31") by failing to provide defendants with a completed Docket Data Sheet
7   ("DDS") and responsive documents (collectively, "the material required by PTO 31"). Plaintiffs
8   also have failed to comply with the order issued by the Special Master, Judge Fern M. Smith
9   (Ret.), filed on February 20, 2009, requiring plaintiffs to provide the material required by PTO
10  31 within seven days of entry of that Order or face dismissal with prejudice ("the compliance
11  order"). Plaintiffs' failure is particularly egregious given the numerous efforts the Court and the
12  parties have made to provide notice of plaintiffs' discovery obligations. (*See* Pfizer Defs.' Mem.
13  of P. & A. in Supp. of Mot., at 4-6; Declaration of Michelle W. Sadowsky in Supp. of Pfizer
14  Defs.' Mot. to Dismiss, ¶¶ 6-11.)

15  Based on these failures, the Court also finds as follows:

16  (1)   The public's interest in expeditious resolution of this litigation is compromised by
17  plaintiffs' failure to comply with PTO 31 and the Special Master's compliance order. This Court
18  and the public have an overriding interest in securing the just, speedy, and inexpensive
19  determination of every action. Plaintiffs' delay is unreasonable and has impeded the resolution
20  of these matters.

21  (2)   The Court's need to manage its docket is compromised by plaintiffs' failure to
22  comply with PTO 31 and the Special Master's compliance order. The Court cannot effectively
23  move forward with the cases in which plaintiffs have provided the required discovery when other
24  plaintiffs have failed to do so. Dismissal of these plaintiffs will serve to appropriately penalize
25  these plaintiffs for their non-compliance and also will encourage other plaintiffs to comply with
26  this Court's case management orders.

27  /////

28
-2-
[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLAIMS
WITH PREJUDICE – M:05-CV-01699-CRB

1  (3) Defendants are prejudiced by plaintiffs' failure to comply with PTO 31 and the Special Master's compliance order. Without the material required by PTO 31, the Pfizer Defendants cannot meaningfully evaluate plaintiffs' cases for resolution.

4  (4) The public policy favoring disposition on the merits is overridden by plaintiffs' failure to comply with PTO 31 and the Special Master's compliance order. The Court finds that plaintiffs' failure to provide the required material obstructs resolution of their claims on the merits. A case that is stalled or unreasonably delayed by a party's failure to comply with deadlines and discovery obligations cannot move forward toward resolution on the merits. Accordingly, this dismissal factor does not weigh in favor of plaintiffs at all.

10 (5) There are no less drastic sanctions available to force plaintiffs to comply with this Court's orders. The Court finds that PTO 31 and the Special Master's compliance order both provide specific warnings stating that plaintiffs' claims may be dismissed with prejudice for failure to comply with their obligations. The Court also finds that plaintiffs received warning letters from Defendants that prompted no response.

Accordingly, after weighing the dismissal factors discussed in *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987), and *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217 (9th Cir. 2006), and in light of this Court's role in overseeing this multidistrict litigation, the Court hereby finds that dismissal of these plaintiffs' claims with prejudice is warranted.

THEREFORE, IT IS HEREBY ORDERED THAT the Pfizer Defendants' Expedited Motion is GRANTED and the claims of the plaintiffs listed in this caption are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: March 20, 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-3-
[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE – M:05-CV-01699-CRB